# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
### ESTHER SALAS
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

March 20, 2013

## LETTER ORDER

Re:     **Martin v. Target Corporation of Minnesota, et al.**
        **Civil Action No. 11-0464 (ES)**

Dear Counsel:

Pending before this Court is Defendant Target Corporation's Motion for an Order Enforcing Settlement (the "Motion," D.E. No. 19).   Plaintiff Pearline Martin opposed the Motion. (Mem. of Law in Opp. to Def.'s Mot. to Enforce Settlement, D.E. No. 26).   Defendant filed a reply brief in support of its Motion.   (Br. in Reply to Pl.'s Opp. to Def. Target Corp.'s Mot. for an Order Enforcing Settlement, D.E. No. 27).   On February 22, 2013, Magistrate Judge Cathy Waldor issued a Report and Recommendation recommending that this Court grant the Motion as it relates to enforcing the settlement and deny the Motion as it relates to costs and fees associated with filing the Motion.   (D.E. No. 28).   Magistrate Judge Waldor advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2).   To date, neither party has filed any objections.

The Court has reviewed the parties' submissions and has considered Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 20th day of March, 2013,

ORDERED that this Court adopts Judge Waldor's February 22, 2013 Report and Recommendation in full, and thus grants Defendant's Motion as it relates to enforcing the settlement and denies the Motion as it relates to costs and fees associated with filing the Motion; and it is further

ORDERED that the Clerk of the Court shall terminate Docket Entry Nos. 19 and 28.

**SO ORDERED.**

_s/Esther Salas_
**Esther Salas, U.S.D.J**